# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:10-cv-00955-GW(CWx) | Date | November 2, 2010 |
|---|---|---|---|
| Title | *Universal Moving and Storage, Inc. v. Gilbert Jones, et al.* | | |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:         Attorneys Present for Defendants:

None Present                              None Present

**PROCEEDINGS (IN CHAMBERS):    ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION AND FOR LACK OF PROSECUTION**

     Plaintiff will have until December 8, 2010 to file a proof of service of complaint on defendants. If proof of service is not filed by December 8, 2010, the case will be dismissed without prejudice on December 9, 2010.

:

Initials of Preparer    JG